**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JANE HOLLIER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION No. 1:10CV314 |
| v. | § | |
| | § | |
| JEFFERSON COUNTY | § | JUDGE RON CLARK |
| | § | |
| *Defendants*, | § | |

## FINAL JUDGMENT

This matter came on before the court for trial by jury on January 17, 2012. The court empaneled a jury of eight qualified jurors. The court submitted the case to the jury, and the verdict of the jury was in favor of Defendant on all of Plaintiff's claims. The court accepted the verdict and discharged the jury.

In accordance with the verdict of the jury, IT IS THEREFORE ORDERED that the Plaintiff, Jane Hollier, shall take nothing from her claims against the Defendant, Jefferson County, that costs be taxed against Plaintiff, and that all relief not specifically granted herein is denied.

So **ORDERED** and **SIGNED** this **23** day of **January, 2012.**

_____
Ron Clark, United States District Judge